

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge Bruce M. Selya<br>United States Court of Appeals<br>First Circuit<br><br>Judge Julia Smith Gibbons<br>United States Court of Appeals<br>Sixth Circuit | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | **DIRECT REPLY TO:**<br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

March 31, 2003

Michael E. Kunz, Clerk
U.S. Courthouse, Room 2609
601 Market Street
Philadelphia, PA 19106

```
   FILED         ENTERED
   LODGED        RECEIVED

   APR 0 2 20
   
   AT BALTIMORE
   CLERK U.S. DISTRICT COURT
   DISTRICT OF MARYLAND
                      DEPUTY
```

Re: MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

(See Attached Schedule CTO-223)

Dear Mr. Kunz:

     I am enclosing a certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on <u>March 13, 2003</u>. The Panel's governing statute, 28 U.S.C. § 1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the orders are directed to you for filing.

     Transferor courts are reminded that Rule 1.6(a), remains suspended in accordance with the transfer order filed on July 29, 1991, cited at 771 F.Supp. 415, 424 (1991). Please DO NOT forward your files to the Clerk's Office in the Eastern District of Pennsylvania. Also, Judge Weiner's Pretrial Order No. 1 filed on September 17, 1991, provides that (1) "[a]ll papers in the individual asbestos cases consolidated herein shall be filed with the transferor court...", and (2) sets forth a procedure for when copies of motions should be sent to the transferee judge for action.

     A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ April Layne
Deputy Clerk

Attachments

cc     Transferee Judge: Hon. Charles R. Weiner
        Transferor Judges: (See Attached List)
        Transferor Clerks: (See Attached List)

JPML Form 38A

# SCHEDULE CTO-223 - TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT DIV. CIVIL ACTION# | DISTRICT DIV. CIVIL ACTION# | DISTRICT DIV. CIVIL ACTION# |
|---|---|---|
| **GEORGIA NORTHERN** | **NEW YORK EASTERN** | **SOUTH CAROLINA** |
| ~~GAN   1  02-1572~~ Opposed 3/31/03 | NYE   1  02-1249 | SC   2  01-910 |
| | NYE   1  02-1310 | SC   2  01-2214 |
| **MARYLAND** | NYE   1  02-1315 | SC   2  01-2265 |
| MD   1  02-3782 | NYE   1  02-1321 | SC   2  01-2888 |
| MD   1  02-3809 | NYE   1  02-1513 | SC   2  01-2889 |
| MD   1  02-3810 | NYE   1  02-1552 | SC   2  01-2915 |
| MD   1  02-3881 | NYE   1  02-1553 | SC   2  03-273 |
| MD   1  02-3882 | NYE   1  02-1588 | SC   2  03-468 |
| MD   1  02-3909 | NYE   1  02-1589 | SC   2  03-469 |
| MD   1  02-3910 | NYE   1  02-1592 | SC   2  03-470 |
| MD   1  02-3911 | NYE   1  02-1632 | SC   2  03-471 |
| MD   1  02-3912 | NYE   1  02-1633 | SC   8  01-2271 |
| MD   1  02-3913 | NYE   1  02-1701 | SC   8  01-2395 |
| MD   1  02-3914 | NYE   1  02-1709 | |
| MD   1  02-3929 | NYE   1  02-1711 | **TENNESSEE EASTERN** |
| MD   1  02-3930 ✓ | NYE   1  02-1845 | ~~TNE   3  03-52~~ Opposed 3/31/03 |
| MD   1  02-4036 ✓ | NYE   1  02-1846 | |
| MD   1  02-4037 | NYE   1  02-1847 | **TEXAS EASTERN** |
| MD   1  02-4061 | NYE   1  02-1849 | TXE   1  03-24 |
| MD   1  02-4086 ✓ | NYE   1  02-1874 | |
| MD   1  02-4094 | NYE   1  02-1875 | **TEXAS NORTHERN** |
| MD   1  03-261 | | TXN   4  02-75 |
| MD   1  03-274 | **OKLAHOMA EASTERN** | |
| MD   1  03-311 | OKE   6  03-13 | **TEXAS SOUTHERN** |
| | OKE   6  03-14 | TXS   4  02-4758 |
| **MINNESOTA** | OKE   6  03-15 | TXS   4  02-4759 |
| MN   0  03-910 | OKE   6  03-16 | TXS   4  03-177 |
| | OKE   6  03-17 | TXS   4  03-178 |
| **MISSOURI EASTERN** | OKE   6  03-18 | TXS   4  03-179 |
| MOE   4  02-1083 | | TXS   4  03-187 |
| | **OKLAHOMA NORTHERN** | |
| **MONTANA** | OKN   4  03-9 | **WISCONSIN WESTERN** |
| MT   4  03-6 | OKN   4  03-10 | WIW   3  03-73 |
| | OKN   4  03-11 | |
| **NORTH CAROLINA EASTERN** | OKN   4  03-12 | |
| NCE   2  02-69 | OKN   4  03-13 | |
| | OKN   4  03-14 | |
| **NORTH CAROLINA MIDDLE** | OKN   4  03-15 | |
| NCM   1  02-945 | OKN   4  03-16 | |
| | OKN   4  03-17 | |
| **NORTH CAROLINA WESTERN** | OKN   4  03-18 | |
| NCW   1  03-12 | OKN   4  03-19 | |
| NCW   1  03-13 | OKN   4  03-20 | |
| NCW   1  03-14 | OKN   4  03-21 | |
| NCW   1  03-31 | OKN   4  03-22 | |
| | OKN   4  03-23 | |
| **NEW MEXICO** | OKN   4  03-24 | |
| NM   1  03-144 | OKN   4  03-25 | |
| NM   1  03-145 | OKN   4  03-26 | |
| NM   1  03-194 | OKN   4  03-27 | |
| | OKN   4  03-28 | |
| | OKN   4  03-29 | |
| | OKN   4  03-30 | |
| | OKN   4  03-31 | |
| | OKN   4  03-32 | |